**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000383
11-MAR-2016
07:55 AM**

NO. CAAP-15-0000383


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


ONEWEST BANK, FSB, Plaintiff-Appellant, v. MARIMICHAEL
    MORAN WALKER; ASSOCIATION OF APARTMENT OWNERS OF
    ILIAHI AT KEHALANI; MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR
    MORTGAGEIT, INC.; KEHALANI COMMUNITY ASSOCIATION,
    Defendants-Appellees, and JOHN DOES 1-50; DOE
    PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE
    ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50,
    Defendants


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
        (CIVIL NO. 13-1-0109(2))


ORDER GRANTING MOTION TO DISMISS
(By: Fujise, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellant Onewest Bank,
FSB's motion to dismiss, the papers in support, the record, and
there being no opposition filed,

IT IS HEREBY ORDERED that the motion to dismiss appeal
is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 11, 2016.


Presiding Judge


Associate Judge


Associate Judge